The People of the State of New York, Respondent, v. Edward Schaeffer,

Alias EDWARD WILLIAMS, Alias EDWARD O'KEEFE, Alias EDWARD HERBERGER, Appellant.— Judgment of conviction reversed upon the law and the facts, and a new trial granted. We are of opinion that the identity of the defendant was not established beyond a reasonable doubt by reason of the faltering testimony of the People's witnesses. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.